**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 15 |
| PICKENPACK HOLDING GERMANY GMBH, | : | Case No. 16-12681 (JLG) |
| Debtor in a Foreign Proceeding. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 15 |
| PICKENPACK EUROPE GMBH, | : | Case No. 16-12682 (JLG) |
| Debtor in a Foreign Proceeding. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 15 |
| PICKENPACK PRODUCTION LÜNEBURG GMBH, | : | Case No. 16-12683 (JLG) |
| Debtor in a Foreign Proceeding. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 15 |
| TST THE SEAFOOD TRADERS GMBH, | : | Case No. 16-12684 (JLG) |
| Debtor in a Foreign Proceeding. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 15 CASES**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015**

Upon the Motion[1] of Friedrich von Kaltenborn-Stachau, in his capacity as Insolvency Administrator (the "Petitioner") of Pickenpack Holding Germany GmbH, Pickenpack Europe GmbH, Pickenpack Production Lüneburg GmbH and TST The Seafood Traders GmbH (collectively, the "Pickenpack Entities"), and as a duly authorized foreign representative as defined by section 101(24) of title 11 of the United States Code, as amended (the "Bankruptcy Code"), for the entry of an order directing and authorizing the joint administration of the above-captioned chapter 15 cases pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedure for procedural purposes only; the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and sections 109 and 1501 of the Bankruptcy Code; and upon consideration of the Motion and the arguments

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

contained therein; and the Court having found that no other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the relief requested in the Motion is granted; and it is further

**ORDERED** that the Pickenpack Entities' chapter 15 cases are consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

**ORDERED** that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the chapter 15 cases; and it is further

**ORDERED** that the caption of the jointly administered cases satisfies the requirements of section 342(c)(1) of the Bankruptcy Code in all respects and shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PICKENPACK HOLDING GERMANY GMBH, *et al.*,[1] | Case No. 16-12681 (JLG) |
| Debtors in Foreign Proceedings. | Jointly Administered |

and it is further

**ORDERED** that a docket entry shall be made in the Pickenpack Entities' chapter 15 cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 15 cases of Pickenpack Holding Germany GmbH, Pickenpack Europe GmbH, Pickenpack Production Lüneburg GmbH, and TST The Seafood

---

[1] The Debtors in these chapter 15 cases are: (i) Pickenpack Holding Germany GmbH; (ii) Pickenpack Europe GmbH; (iii) Pickenpack Production Lüneburg GmbH; and (iv) TST The Seafood Traders GmbH. The registered office for the Pickenpack Entities is located at Lüner Rennbahn 9, 21339 Lüneburg, Germany.

2

    Traders GmbH. The docket for Case No. 16-12681 should be consulted for all matters affecting this case.

and it is further

  **ORDERED** that the Petitioner is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order; and it is further

  **ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion; and it is further

  **ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: September 26, 2016
   New York, New York

          /s/ *James L. Garrity, Jr.*
          UNITED STATES BANKRUPTCY JUDGE

26549568